IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. TRAYLER                                                                  PLAINTIFF

V.                              NO. 3:12CV00063 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 21st day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE